IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHECKEITA BALLARD, ON BEHALF OF HERSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:22-CV-00216 |
| V. | § § § | JUDGE MICHAEL J. TRUNCALE |
| FINGER LICK'N CRAB, LLC, | § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal with Prejudice. [Dkt. 5]. Plaintiff seeks a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent Plaintiff's dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 21st day of September, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge